**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>                    Plaintiffs,<br><br>v.<br><br>CONNIE TAYLOR,<br><br>                    Defendant. | Case No. 4:07-cv-00033-DPJ-JCS |

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application for Default Judgment by the Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1.       Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the seventeen sound recordings listed in Exhibit A to the Complaint.  Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Twelve Thousand Seven Hundred and Fifty Dollars ($12,750.00).

2.       Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3.       Defendant shall be and hereby is enjoined from directly or indirectly infringing

Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Don't Let Go (Love)," on album "EV3," by artist "En Vogue" (SR# 188-664);

- "Jungle Love," on album "Ice Cream Castle," by artist "The Time" (SR# 55-021);

- "Too Legit to Quit," on album "Too Legit to Quit," by artist "MC Hammer" (SR# 136-387);

- "My Summer Vacation," on album "Death Certificate," by artist "Ice Cube" (SR# 144-674);

- "Come and Talk to Me," on album "Forever My Lady," by artist "Jodeci" (SR# 129-912);

- "Encore," on album "Preppie," by artist "Cheryl Lynn" (SR# 52-230);

- "Funkdafied," on album "Funkdafied," by artist "Da Brat" (SR# 199-136);

- "Shake You Down," on album "Shake You Down," by artist "Gregory Abbott" (SR# 71-785);

- "Smooth Operator," on album "Diamond Life," by artist "Sade" (SR# 69-105);

- "The Sweetest Taboo," on album "Promise," by artist "Sade" (SR# 71-848);

- "Take It to da House," on album "Thugs Are Us," by artist "Trick Daddy" (SR# 303-748);

- "Ruffneck," on album "Ain't No Other," by artist "Mc Lyte" (SR# 168-04);

- "She Blinded Me With Science," on album "The Golden Age of Wireless," by artist "Thomas Dolby" (SR# 46-842);

- "Roll With It," on album "Roll With It," by artist "Steve Winwood" (SR# 93-680);

- "Just Got Paid," on album "Secrets of Flying," by artist "Johnny Kemp" (SR# 92-433);

- "Don't Rock the Jukebox," on album "Don't Rock the Jukebox," by artist "Alan Jackson" (SR# 138-30);

- "What's Your Fantasy," on album "Back for the First Time," by artist Ludacris" (SR# 288-43).

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

**SO ORDERED AND ADJUDGED** this the 19th day of June, 2007.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

Submitted by:

| |
|---|
| s/ Heather White Martin |
| Heather White Martin (M.B. No. 101601)<br>Balch & Bingham L.L.P.<br>401 East Capitol Street, Suite 200<br>Jackson, Mississippi 39201-2608<br>Phone:  (601) 965-8174<br>Fax:  (866) 883-6419<br><br>ATTORNEYS FOR PLAINTIFFS |